USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/23/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
ROCKETFUEL BLOCKCHAIN COMPANY and :
ROCKETFUEL BLOCKCHAIN, INC., :
:
                         Plaintiffs, :
: 21-CV-1764 (VEC)
        -against- :
: ORDER
ELLENOFF GROSSMAN & SCHOLE LLP, :
:
                         Defendant. :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on April 23, 2021, the parties appeared for a conference;

      IT IS HEREBY ORDERED that Defendant's motion to dismiss is due not later than **May 21, 2021**. Plaintiffs must respond to Defendant's motion not later than **June 18, 2021**. In response to Defendant's motion, Plaintiffs may either oppose the motion or amend their complaint, not both. Should Plaintiffs opt to oppose the motion, Defendant may reply in further support of its motion not later than **July 7, 2021**.

      IT IS FURTHER ORDERED that not later than **April 28, 2021**, Defendant must file a letter informing the Court whether any member of Ellenoff Grossman & Schole LLP is a citizen of Nevada.

      IT IS FURTHER ORDERED that discovery in this action is STAYED pending Defendant's motion to dismiss. Once the Court has had an opportunity to review Defendant's forthcoming motion and Plaintiffs have made their decision whether to amend their complaint or oppose Defendant's motion, the Court will decide whether to enter a Case Management Plan or leave discovery stayed pending the Court's decision on Defendant's motion to dismiss.

**SO ORDERED.**

*[signature: Valerie Caproni]*

**Date: April 23, 2021**
      New York, New York

                                          **VALERIE CAPRONI**
                                          **United States District Judge**