

# SCAROLA ZUBATOV SCHAFFZIN PLLC

Richard J.J. Scarola
rjjs@szslaw.com
(212) 757-0007 ext. 3201

June 21, 2021

Hon. Valerie E. Caproni
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
Room 240
New York, NY  10007

*RocketFuel Blockchain Company et ano. v.*
*Ellenoff Grossman & Schole LLP* (Case 1:21-cv-01764-VEC)

Dear Judge Caproni:

    We represent the plaintiffs in this case.  In accordance with Your Honor's Individual Practices in Civil Cases (Rule 4.E.i.), we enclose a redlined copy of plaintiff's Second Amended Complaint filed June 18, 2021 (ECF # 27), comparing it to the amended complaint filed on March 19, 2021 (ECF #7) (we note that the color used to reflect the changes is actually blue).

Respectfully submitted,

Richard J.J. Scarola

Enclosure
By ECF
Copy (By ECF) to
        Philip Touitou, Esq.
        Steven M. Cordero, Esq.