USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/21/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
ROCKETFUEL BLOCKCHAIN COMPANY and :
ROCKETFUEL BLOCKCHAIN, INC., :
:
                      Plaintiffs, :
:    21-CV-1764 (VEC)
        -against- :
:    ORDER
ELLENOFF GROSSMAN & SCHOLE LLP, :
:
                      Defendant. :
---------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on May 21, 2021, Defendant filed a motion to dismiss Plaintiffs' Amended Complaint (Dkt. 23); and

WHEREAS on June 18, 2021, Plaintiffs filed a Second Amended Complaint ("SAC") (Dkt. 27);

IT IS HEREBY ORDERED that Defendant's motion to dismiss the Amended Complaint is DENIED as moot.

IT IS FURTHER ORDERED that Defendant's deadline to respond to the SAC is **July 9, 2021**.

IT IS FURTHER ORDERED that not later than **June 23, 2021**, Plaintiffs must file a redlined version of the SAC as required by this Court's Individual Practices.

IT IS FURTHER ORDERED that discovery shall remain STAYED, pending Defendant's decision to either answer or move to dismiss the SAC.

**SO ORDERED.**

Date:  June 21, 2021                            _____
         New York, New York                    **VALERIE CAPRONI**
                                                           **United States District Judge**