```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
  ROCKETFUEL BLOCKCHAIN COMPANY,            :
                                            :
                            Plaintiff,      :
                                            :
              -against-                     :     21-CV-1764 (VEC)
                                            :
  ELLENOFF GROSSMAN & SCHOLE LLP,           :        ORDER
                                            :
                            Defendant.      :
-------------------------------------------------------------- X
```

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED: 1/21/22 |

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties appeared for a telephonic pre-trial conference on January 21, 2022, at 1:00 p.m.; and

WHEREAS at that conference, the parties indicated that they would proceed with private mediation;

IT IS HEREBY ORDERED that the parties must submit a joint status report to the Court of not more than 5 pages not later than **March 25, 2022**. Should the parties either settle in mediation or discontinue mediation before then, they must inform the Court via joint letter.

**SO ORDERED.**

Date: January 21, 2022
      New York, New York

_____
VALERIE CAPRONI
United States District Judge