

Philip Touitou

Akerman LLP
1251 Avenue of the Americas
37th Floor
New York, NY  10020

D: 212 259 8740
T: 212 880 3800
F: 212 880 8965
DirF: 212 259 8536
philip.touitou@akerman.com

July 7, 2022

**VIA ECF**
Honorable Valerie E. Caproni, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, New York 10007

      Re:    *Rocketfuel Blockchain Company et al. v. Ellenoff Grossman & Schole LLP,*
             Civ. Action No. 21-cv-1764 (VEC)

Dear Judge Caproni:

      We represent defendant Ellenoff Grossman & Schole LLP in this matter.  We write with the consent of counsel for the plaintiffs to (1) update the Court concerning the parties' settlement efforts, (2) request that this case be referred to the Court' Mediation Program, and (3) further extend the date of a pretrial conference.

      As the parties previously reported (ECF Doc. 54), a mediation session was held on May 24, 2022 before Justice Steven Crane (ret.) at JAMS.  Shortly after that session, on June 7, 2022, the plaintiffs reached a settlement in a related action pending in the United States District Court for the District of Nevada entitled *Rocketfuel Blockchain, Inc. v. Joseph Page*, 21-cv-00103 (the "Nevada Action").  A stipulation dismissing the Nevada Action with prejudice was entered by the District Court on June 15, 2022.  The settlement of the Nevada Action, which asserted claims of fraud in connection with the patent applications at issue in this case, potentially impacts the claims and defenses in this case.

      Since the settlement of the Nevada Action, the parties have continued settlement negotiations.  Due to cost associated with JAMS's services, they have done so bilaterally.  The parties agree, however, that the assistance of a mediator would be helpful to their efforts to bridge their differences and therefore jointly request that this case be referred to Court's Mediation Program. To allow sufficient time for the referral and an assignment of a mediator, the parties further request that the pretrial conference currently scheduled for July 15, 2022 at 10:00 am be adjourned to August 19, 2022.

akerman.com

Hon. Valerie E. Caproni, U.S.D.J.
July 7, 2022
Page 2

       Thank you for your consideration.

                                            Respectfully submitted,

                                            AKERMAN LLP

                                            By:  *Philip Touitou*
                                                     Philip Touitou
                                                     Steven M. Cordero
                                      1251 Avenue of the Americas, 37th Floor
                                      New York, NY 10020
                                      Phone: (212) 880-3800
                                      Fax: (212) 880-8965
                                      Email: philip.touitou@akerman.com
                                                       steven.cordero@akerman.com

                                        *Attorneys for the Defendant*
                                        *Ellenoff Grossman & Schole LLP*

cc:      **By Email**
            Andrew Lavoott Bluestone, Esq.