**MEMO ENDORSED**

# ANDREW LAVOOTT BLUESTONE

Attorney At Law
80 Chambers Street   8th Floor
New York, New York 10007
www.blog.bluestonelawfirm.com

ALB @ BluestoneLawFirm.com
Telephone (212) 791-5600

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED:  8/12/22 |

August 12, 2022

**By ECF**
Hon. Valerie E. Caproni
United States District Judge
United States District Court
Southern District of New York
40 Foley Square   Room 240
New York, New York 10007

Re:  *RocketFuel Blockchain Company et ano. v. Ellenoff Grossman & Schole, LLP*
1:21-cv-01764 VEC

Dear Judge Caproni,

      We write jointly regarding the mediation and pretrial conference in this matter.  Per the Court's mediation referral order dated July 7, 2022 (ECF Doc. No. 58), a mediator from the SDNY Mediation Program was selected and  a mediation session is scheduled for August 18, 2022.  Under the Court's pretrial conference order, also dated July 7, 2022 (ECF Doc. No. 57), the deadline for pre-conference submissions is August 18, 2022 – the date of the mediation session.  Accordingly, The parties jointly ask that the Case Management pretrial conference be adjourned so that the August 18, 2022 mediation session can take place, allowing us to report on its efficacy shortly thereafter.

      Thank you for your consideration of this letter.

_____
Andrew Lavoott Bluestone

Cc:  Mr. Touitou, Esq.

65781325;1

Application GRANTED.  The Pre-Trial Conference currently scheduled for August 26, 2022, at 10:00 a.m. is hereby ADJOURNED *sine die*.  The parties must inform the Court of the status of the case not later than one week after the conclusion of mediation.  If the parties have not reached settlement, the Court will reschedule the Pre-Trial Conference.

SO ORDERED.

8/12/22

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE